IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02672-CMA-KLM

SUZANNE CONRY, an individual

    Plaintiff,

v.

EUGENE H. BAKER, an individual,
BERNARD C. MAYNES, an individual,
B&B 2ND MORTGAGE, LLC, a Colorado limited liability company,
B&B VENTURES, LLC, a Colorado limited liability company,
HIGH POINTE, LLC, a Colorado limited liability company,
TERRY D. HAMILTON, an individual,
CHEM-AWAY, INC., a Colorado corporation,
SHARON M. HAMILTON, an individual, and
CHEM-AWAY, INC., a California corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Sur-reply; and Request for Telephonic Hearing** [#14] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED in part and DENIED in part**. The Motion is **granted** to the extent that Plaintiff seeks leave to file a Sur-reply. The Motion is **denied** to the extent that Plaintiff requests a telephonic hearing on her request for leave to file a sur-reply.

    Dated: December 8, 2014