IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02672-CMA-KLM

SUZANNE CONRY, an individual,

     Plaintiff,

v.

EUGENE H. BAKER, an individual,
BERNARD C. MAYNES, an individual,
B&B 2ND MORTGAGE, LLC, a Colorado limited liability company,
B&B VENTURES, LLC, a Colorado limited liability company,
HIGH POINTE, LLC, a Colorado limited liability company,
TERRY D. HAMILTON, an individual,
CHEM-AWAY, INC., a Colorado corporation,
SHARON M. HAMILTON, an individual, and
CHEM-AWAY, INC., a California corporation,

     Defendants, and

TERRY D. HAMILTON, an individual,

     Third-Party Plaintiff,

v.

THOMAS W. METCALF, an individual;
THOMAS W. METCALF, ATTORNEY AT LAW, a professional law firm;
ROBERT E. RAY, an individual;
LAW OFFICE OF ROBERT E. RAY, a professional law firm,

     Third-Party Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court sua sponte.  It has come to the Court's attention that

Defendant Sharon M. Hamilton, Defendant Chem-Away, Inc., a California corporation, and

Defendant Chem-Away, Inc., a Colorado corporation, have apparently been served but have not yet entered an appearance in this matter.  *See Summons* [#10] (providing proofs of service on these three Defendants).  On March 13, 2015, the Clerk of Court entered default as to each of these three Defendants.  *Clerk's Entry of Default* [#47, #48].  However, since that time, Plaintiff has failed to either seek default judgment against them or dismiss them from this action.  Accordingly,

IT IS HEREBY **ORDERED** that **on or before August 14, 2015**, Plaintiff shall either (1) seek default judgment pursuant to Fed. R. Civ. P. 55(b) as to each of these Defendants, or (2) seek voluntary dismissal of each of these Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  **Failure to timely respond to this order will result in a recommendation that these Defendants be dismissed from this lawsuit.**

Dated:  July 24, 2015

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge